IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEITH RONE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-16-1315-R ) |
| UNITED STATES OF AMERICA, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered February 14, 2017. Doc. No. 10. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 9th day of March, 2017.

*[signature]*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE